IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN DOES 101–107; and
JANE DOES 101–107                                                              PLAINTIFFS

v.                           No. 3:24-cv-14-DPM

EMMETT A. PRESLEY, *et al.*                                                   DEFENDANTS

## JUDGMENT

The plaintiffs' claims are dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 May 2025